17 So.2d 190

**Leonard Lee WILSON v. STATE.**

I Div. 474.

Court of Appeals of Alabama.
Dec. 14, 1943.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

RICE, Judge.
Appeal dismissed, motion of appellant.

18 So.2d 121

**Willie WILSON v. STATE.**

5 Div. 200.

Court of Appeals of Alabama.
April 18, 1944.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

BRICKEN, Presiding Judge.
Affirmed.

14 So.2d 916

**John WOOD, alias Woods v. STATE.**

7 Div. 725.

Court of Appeals of Alabama.
June 1, 1943.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

19 So.2d 856

**Joe WORD v. STATE.**

4 Div. 852.

Court of Appeals of Alabama.
Nov. 14, 1944.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

CARR, Judge.
Affirmed.

15 So.2d 927

**Melvin WYATT v. STATE.**

2 Div. 723.

Court of Appeals of Alabama.
Nov. 16, 1943.

F. F. Windham, of Tuscaloosa, for appellant.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

BRICKEN, Presiding Judge.
Affirmed.